■ VINCENZO SCIBELLI, Appellant, v DOROTHY MIDGETT et al., Defendants and Third-Party Plaintiffs-Respondents. CITY OF NEW YORK, Third-Party Defendant-Respondent. (And Related Actions.) [627 NYS2d 956] —Appeal by the plaintiff from an order of the Supreme Court, Queens County (Price, J.), dated May 18, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Price at the Supreme Court. Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.